

No. 12–0030/AR.   U.S. v. Michael C. Behenna.   CCA 20090234.   Appellant's motion to extend time to file a reply brief granted, ***up to and including April 12, 2012***, and ***absent extraordinary circumstances, no further extension of time will be granted in this case.***

No. 11–0611/AR.   U.S. v. Luis F. Dietz.   CCA 20081031.   Review granted on the following issue:

> WHETHER THE ACCA ERRED IN ITS SUMMARY DISPOSITION ON REMAND, WHEN THERE WAS NO TERMINAL ELEMENT AS REQUIRED BY ARTICLE 134 (EITHER EXPRESSED OR BY NECESSARY IMPLICATION), AND WHEN THE UNITED STATES CONSTITUTION IN THE FIFTH AND SIXTH AMENDMENTS GUARANTEES A CRIMINAL DEFENDANT THE RIGHT TO BE GIVEN SUFFICIENT NOTICE OF THE CRIMINAL CHARGES AGAINST HIM, AND THIS LACK OF TERMINAL ELEMENT CAUSED UNDUE PREJUDICE AND SUBSTANTIAL HARM TO THE APPELLANT.

No briefs will be filed under Rule 25.

No. 12–0264/AR.   U.S. v. Robert O. Bozeman.   CCA 20080711.   Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM THE SPECIFICATIONS OF CHARGE III CANNOT BE NECESSARILY IMPLIED FROM THE TEXT.   ARE THE SPECIFICATIONS FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.